Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
Interstate-Rim Management Company, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Basil Massih,<br><br>       Plaintiff, *Pro Se*,<br><br>v.<br><br>Interstate Hotels dba Hilton Garden Inn,<br><br>       Defendant. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY AND FEDERAL QUESTION)**<br><br>(Maricopa County Superior Court, Case No. CV2019-003755) |

**TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Defendant Interstate-Rim Management Company, LLC, misidentified as Interstate Hotels dba Hilton Garden Inn ("Defendant"), hereby removes the above-entitled action from the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona. Defendant makes the removal because this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1332 and the action is removable under 28 U.S.C. §§ 1441, 1446, and Local Rule of Civil Procedure 3.6.

In support of this Notice of Removal, Defendant states the following:

1.    On January 10, 2019, Plaintiff Basil Massih ("Plaintiff"), appearing *pro se*, filed a Complaint in the Maricopa County Superior Court, entitled *Basil Massih v. Interstate*

*Hotels dba Hilton Garden Inn*,[1] Case No. **CV2019-003755**.   The Complaint generally alleges wrongful termination, without specifying the statutory basis upon which the claim is made.   However, while Plaintiff's complaint is vague as to his alleged claims for relief, he did file a Charge of Discrimination with the federal Equal Employment Opportunity Commission ("EEOC"), alleging, "I believe I was discriminated against because of my sex (male) and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended." *See* **Exhibit 1.**

2.      On January 14, 2019, Plaintiff served Defendant by sending the Complaint via certified mail to its General Manager.   A true and correct copy of all process, pleadings, and orders in the state court action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached as **Exhibit 2**.   Counsel for Defendant hereby verifies that Exhibit 2 includes true and correct copies of all pleadings and other documents filed in the state court proceeding.   There are no pending motions before the state court.

3.      Accordingly, Defendant has filed this Notice of Removal within 30 days after receipt of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b).

4.      This Court has original jurisdiction over the action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      Specifically, Plaintiff is now, and at the time he commenced this action, a citizen of the state of Arizona.   *See* Complaint at p. 1.

6.      For purposes of determining diversity jurisdiction, a limited liability company is a citizen of every state in which its members are citizens.   *Johnson v. Columbia*

---

[1] Defendant was erroneously sued as "Interstate Hotels dba Hilton Garden Inn."   Plaintiff Basil Massih was employed by Interstate-Rim Management Company, LLC, which manages the Hilton Garden Inn Phoenix North Happy Valley.   As such, Interstate-Rim Management Company, LLC is the only proper defendant in this lawsuit.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

*Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Similarly, a limited partnership is a citizen of every state in which its general and limited partners are citizens. *Id.*; *see also Carden v. Arkoma Assoc.*, 494 U.S. 185, 192-96 (1990).

7. Interstate-Rim Management Company, LLC, which manages the property known as "Hilton Garden Inn Phoenix North Happy Valley" (the "Hotel"), is a limited liability company with one member: Interstate Operating Company, L.P.

8. Interstate Operating Company, L.P. is a limited partnership having two partners: (1) Interstate Hotels and Resorts, Inc.; and (2) Northridge Holdings, Inc.

9. For purposes of diversity jurisdiction, a corporation is deemed a citizen of its State of incorporation and the State where it has its principal place of business. Section 28 U.S.C. § 1332(c)(1). As clarified by the United States Supreme Court in *Hertz Corp. v. Friend*, 559 U.S. 77 (2010), "the phrase 'principal place of business' [in Section 1332(c)(1)] refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities. Lower federal courts have often metaphorically called that place the corporation's 'nerve center.' We believe that the 'nerve center' will typically be found at a corporation's headquarters." *Id.* at 80-81; *see also Breitman v. May Co. California*, 37 F.3d 562, 564 (9th Cir. 1994) (corporation is citizen of state in which its corporate headquarters are located and where its executive and administrative functions are performed).

10. Defendant Interstate Hotels and Resorts, Inc. was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware. Interstate Hotels and Resorts, Inc.'s corporate headquarters, where its executive and administrative functions are located, is in Arlington, Virginia. Thus, Interstate Hotels and Resorts, Inc. is a citizen of the State of Delaware, where it is incorporated, and a citizen of Virginia, where it has its principal place of business.

11. Similarly, Northridge Holdings, Inc. was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware. Northridge Holdings, Inc.'s corporate headquarters, where its executive and administrative

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-

functions are located, is in Arlington, Virginia.  Thus, Northridge Holdings, Inc. is a citizen of the State of Delaware, where it is incorporated, and a citizen of Virginia, where it has its principal place of business.

12.    Accordingly, Interstate-Rim Management Company, LLC and each of its members are citizens of the states of Delaware and Virginia.  Defendant is not, and was not at the time Plaintiff commenced this action, a citizen of Arizona.  Therefore, Plaintiff is diverse in citizenship from Defendant.

13.    Defendant need only establish that the amount in controversy exceeds $75,000 by a preponderance of the evidence, that is, that it is more likely than not that the amount in controversy exceeds $75,000.  *See Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997); *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

14.    In his Complaint, Plaintiff appears to request lost wages, as well as compensatory damages for alleged health issues related to the alleged wrongful termination.  Additionally, in the Complaint he seeks damages up to $300,000. (Complaint at p. 4).  Defendant has established that the amount in controversy exceeds $75,000, and the amount in controversy in this case therefore meets the jurisdictional requirement.

15.    This Court also has original jurisdiction over the action under 28 U.S.C. § 1331 and removal jurisdiction under 28 U.S.C. § 1441(a) because Plaintiff has alleged a federal question.  Specifically, while Plaintiff's complaint is vague as to his alleged claims for relief, his EEOC Charge of Discrimination alleges, "I believe I was discriminated against because of my sex (male) and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended." *See* Exhibit 1.

16.    Thus, Plaintiff's Complaint, although filed in Arizona state court, invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1331.  "'A case arise[s] under federal law within the meaning of § 1331 . . .  if a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.'" *Cook Inlet Region, Inc. v. Rude,* 690

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-4-

F.3d 1127, 1130 (9th Cir. 2012) (quoting *Empire Healthchoice Assurance, Inc. v. McVeigh*, 547 U.S. 677, 689–90 (2006)) (internal citation omitted).  Accordingly, this matter is also removable under 28 U.S.C. § 1441(a).

17.    It appears the assertions in the Complaint allege only violations of Title VII.  However, to the extent the Complaint includes state law claims, such claims would necessarily be based on the same operative facts as Plaintiff's federal claim.  Therefore, in addition to its diversity jurisdiction over the entire case, this Court has supplemental jurisdiction over any state law claims arguably pled pursuant to 28 U.S.C. § 1367, and those claims properly are removable under 28 U.S.C. § 1441(c).

18.    Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

19.    The Notice to Adverse Parties of Removal to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. § 1446(d), and a copy is attached as **Exhibit 3**.

20.    The Notice to State Court of Removal of Civil Action to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. § 1446(d), and a copy is attached as **Exhibit 4.**

DATED this 4th day of February, 2019.

s/ *Kristy L. Peters*
Kristy L. Peters
LITTLER MENDELSON, P.C.
Attorneys for Defendant Interstate-Rim
Management Company, LLC

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-5-

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 4th day of February, 2019, to:

Basil Massih
2402 E. Laird Street
Tempe, AZ  85281
Hiport1@cox.net
*Plaintiff Pro Se*

*s/ Linda Bullis*
Linda Bullis

FIRMWIDE:162061543.1 079499.1000

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600